THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JUWANNA WROTTEN, Respondent.

Submitted March 16, 2009; decided March 26, 2009

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the respondent on the appeal herein.